**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 04-1745**

—————————

RUTH ANDERSON,

Plaintiff - Appellant,

versus

OLD DOMINION JOB CORPS CENTER; RES-CARE,
INCORPORATED,

Defendants - Appellees.

—————————

Appeal from the United States District Court for the Western
District of Virginia, at Lynchburg.   Norman K. Moon, District
Judge.  (CA-03-52-6)

—————————

Submitted:  October 25, 2004       Decided:  November 15, 2004

—————————

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Ruth Anderson, Appellant Pro Se. Henry Cannon Spalding, III, SANDS,
ANDERSON, MARKS & MILLER, Richmond, Virginia, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ruth Anderson appeals the district court's order dismissing her claims under Title VII of the Civil Rights Act of 1964, as amended, for her failure to comply with the magistrate judge's order. We have reviewed the record and find no abuse of discretion. See Ballard v. Carlson, 882 F.2d 93 (4th Cir. 1989). Accordingly, we deny Anderson's motion for protective custody and affirm on the reasoning of the district court. See Anderson v. Old Dominion Job, No. CA-03-52-6 (W.D. Va. May 24, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED